IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Kathryn Knowlton, et al,

    Plaintiffs,

    v.                                                                                              Case No. 23-2145

City of Wauwatosa, et. al,

    Defendants.

**MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO
FED. R. APP. P. 42(b)(1)**

    IT IS HEREBY stipulated and agreed by and between all Plaintiffs through their counsel, Kimberley Cy. Motley and Defendants by and through their counsel, Jasmyne M. Baynard, that the above captioned matter may be dismissed with prejudice and without costs and fees to either party, pursuant to FED. R. APP. P. 42(b)(1). This motion is filed in response to the court's order in the 7th Circuit Case No. 23-2135 Dkt. #5. If the court should deem costs or fees to be due on the above-captioned matter then it shall be the responsibility of the Plaintiffs.

    Dated this 22nd day of June 2023.

| | |
|---|---|
| s:/ Kimberley Cy. Motley, Esq. | s:/Jasmyne M. Baynard |
| MOTLEY LEGAL SERVICES | WIRTH + BAYNARD |
| Attorney for Plaintiffs | Attorney for Defendants |
| Kimberley Cy. Motley | Jasmyne B. Baynard |
| WI State Bar No. 1047193 | WI Bar Number: 1099898 |
| P.O. Box 1433 | 9898 W. Bluemound Road, Suite 2 |
| Matthews, NC 28106 | Wauwatosa, WI 53226 |
| Email : kmotley@motleylegal.com | E-mail: jmb@guntalaw.com |

1